No. 88–6670.   SIERS *v.* FREEMAN, SUPERINTENDENT, STATE CORRECTION INSTITUTION (AND DIAGNOSTIC AND CLASSIFICA-

TION CENTER) AT CAMP HILL, ET AL. C. A. 3d Cir. Certiorari denied.